No. ——. WHITCOMB, GOVERNOR OF INDIANA *v.*
CHAVIS ET AL. D. C. S. D. Ind. Emergency motion
to vacate or modify the stay order of February 2, 1970
[*ante,* p. 1055] denied. Motion to advance denied without prejudice to its renewal following filing of statement
as to jurisdiction. *James Manahan* on the motion.

MR. JUSTICE DOUGLAS, dissenting.

After a trial on June 17 and 18, 1969, a three-judge
District Court entered an order on July 28, 1969, in which
it held the multi-member districting provisions of the
present Indiana apportionment statutes unconstitutional
as they applied to Marion County, Indiana. The State
was given until October 1, 1969, to enact statutes redistricting the State so as to correct the constitutional
infirmity. Upon the State's failure to enact such statutes, the District Court, on December 15, 1969, entered
an order establishing legislative districts in the State.
This Court, on February 2, 1970, granted a stay of the
District Court's December 15 order pending the filing and
disposition of an appeal from that order.

The respondents have now filed a motion to vacate the
stay. I would grant the motion. The constitutionality
of the present Indiana apportionment scheme was thoroughly briefed and argued in the three-judge District
Court below. There is no reason to disturb the order
of that court pending the disposition of the appeal by
this Court. The date for the commencement of filing
for the November 1970 election to the General Assembly is February 24, 1970. The Governor contends that
without a stay the State will be forced to conduct the
forthcoming election under the reapportionment plan
of the District Court. By granting the stay, however,

this Court has equally forced the respondents to go through the election under the present scheme which was held unconstitutional by the District Court. Under these circumstances, I see no reason to stay the order of the District Court.